DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHAN J. LAWRENCE,**
Appellant,

v.

**SHERRY L. STERN,**
Appellee.

No. 4D21-1954

[July 14, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Phoebee Francois, Judge; L.T. Case No. COWE21-005810.

Stephan J. Lawrence, Hollywood, pro se.

William A. Treco of Tepps Treco, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***